55resp.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED JUN 2 4 2005

| | |
|---|---|
| Raymundo Valencia-Tepoz, ) | |
| Petitioner, ) | 1:05CV00576 |
| v. ) | 1:03CR103-1 |
| United States of America, ) | |
| Respondent. ) | |

### ORDER

Petitioner in this action has submitted a motion to vacate, set aside, or correct his sentence. In accordance with Rule 4(b), Rules Governing Section 2255 Proceedings, the United States Attorney is directed to file a response to this motion within sixty (60) days from the date of the entry of this order.

**IT IS SO ORDERED.**

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: June 24, 2005