55resp.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



FILED JUN 24 2005

| Raymundo Valencia-Tepoz, | ) | |
| --- | --- | --- |
| Petitioner, | ) | 1:05CV00576 |
| v. | ) | 1:03CR103-1 |
| United States of America, | ) | |
| Respondent. | ) | |

ORDER

Petitioner in this action has submitted a motion to vacate, set aside, or correct his sentence. In accordance with Rule 4(b), Rules Governing Section 2255 Proceedings, the United States Attorney is directed to file a response to this motion within sixty (60) days from the date of the entry of this order.

**IT IS SO ORDERED.**

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: June 24, 2005